UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-mj-03782 McAliley

UNITED STATES OF AMERICA,

v.

NILSON OLAYA GRUESO,
JOSE JUNIOR BAILON FRANCO and
LUIS ALBERTO QUIJIJE MERO,

    Defendants,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:   /s/ Yvonne Rodriguez-Schack
       YVONNE RODRIGUEZ-SCHACK
       Assistant United States Attorney
       Southern District of Florida
       Florida Bar No.: 794686
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       305.961.9014
       305.536.7213 Facsimile
       Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NILSON OLAYA GRUESO,<br>JOSE JUNIOR BAILON FRANCO and<br>LUIS ALBERTO QUIJIJE MERO,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 21-mj-03782 McAliley |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___August 24, 2021___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
*Complainant's signature*

CGIS SA Javiel Gonzalez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 8th day of September, 2021.

Date: 09/08/2021

_____
*Judge's signature*

City and state: Miami, Florida

Chris M. McAliley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of ten years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Nilson OLAYA GRUESO, Jose Junior BAILON FRANCO and Luis Alberto QUIJIJE MERO for knowingly and willfully conspiring to possess with intent to distribute a controlled substance, to wit, cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about August 24, 2021, while on patrol in the Eastern Pacific Ocean, a United States Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 136 nautical miles west of Esmeraldas, Ecuador, in international waters and upon the high seas. The GFV was

traveling in a known drug trafficking area and did not display any indicia of nationality. United States Coast Guard Cutter (USCGC) NORTHLAND was patrolling nearby and diverted to investigate.

4. NORTHLAND launched their helicopter and an Over the Horizon boat (OTH) to intercept. Upon closer investigation, the OTH acquired a visual of two Ecuadorian fishing vessels and not the GFV. The fishing vessels were searched with negative results.

5. Later that day, another MPA identified a GFV approximately 140 nautical miles west of Manta, Ecuador. The GFV was assessed to be the same GFV the NORTHLAND had previously attempted to interdict. The GFV matched the description and imagery obtained from the helicopter earlier that morning. NORTHLAND was diverted to intercept. NORTHLAND requested and was granted a Statement of No Objection for Right of Visit boarding on a vessel suspected of illicit maritime activity, including the use of force up to and including warning shots and/or disabling fire on the GFV. Reasonable suspicion factors included visible packages and fuel barrels on the deck, as well as the forward portion of the bow being enclosed. NORTHLAND launched their helicopter and OTH to intercept. The GFV came dead in the water without the use of force. The helicopter reported that upon approached, the GFV crew was seen dropping what looked to be a piece of paper into the water. The OTH crew recovered a laminated card from the water which contained handwritten coordinates.

6. The USCG boarding team observed packages onboard the GFV in plain view. They also found three individuals on the GFV who were identified as Nilson OLAYA GRUESO (Colombian national), Jose Junior BAILON FRANCO (Ecuadorian national), and Luis Alberto QUIJIJE MERO (Ecuadorian national). A check of the GFV yielded no physical flag flown, no

registration documents, no registration number, homeport, name or other markings painted on the hull. OLAYA GRUESO made a claim of Colombian nationality for the vessel. The United States contacted the Government of Colombia who responded that they could neither confirm nor deny the nationality of the vessel. Based on the Government of Colombia's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

7. The USCG boarding team recovered approximately 964 kilograms of suspected cocaine. Field tests were conducted on the contraband which yielded positive results for cocaine. All three individuals, along with the suspected cocaine, were transferred to the NORTHLAND.

8. On September 8, 2021, the NORTHLAND arrived in the Southern District of Florida where custody of the three individuals and the suspected cocaine was turned over to the United States law enforcement officers.

[THIS AREA INTENTIONALLY LEFT BLANK.]

9. Based on the foregoing facts, I submit that probable cause exists to believe that Nilson OLAYA GRUESO, Jose Junior BAILON FRANCO, and Luis Alberto QUIJIJE MERO, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to by the Affiant in accordance
with the requirements of Fed.R.Crim.P. 4.1
by FaceTime this 8th day of September, 2021.

CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE